**Dana L. ROSE, Plaintiff–Appellant,**

v.

**Jeff KIRKMAN; et al., Defendants–Appellees.**

No. 07–35558.

United States Court of Appeals, Ninth Circuit.

Submitted Nov. 24, 2008.*

Filed Nov. 26, 2008.

Dana L. Rose, Boise, ID, pro se.

Before: ALARCÓN, LEAVY and TALLMAN, Circuit Judges.

MEMORANDUM **

Dana L. Rose appeals pro se from the district court's order dismissing his 42 U.S.C. § 1983 action alleging that prison officials interfered with his legal mail. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review de novo, *Ramirez v. Galaza,* 334 F.3d 850, 853–54 (9th Cir. 2003), and we affirm.

The district court properly dismissed Rose's Amended Complaint pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief can be granted because Rose did not demonstrate any ac-

---

* The panel unanimously finds this case suitable for decision without oral argument and therefore denies appellant's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

tual injury. *See Lewis v. Casey,* 518 U.S. 343, 348–49, 116 S.Ct. 2174, 135 L.Ed.2d 606 (1996) (explaining that to establish a violation of the right of access to the courts, a prisoner must show that he suffered actual prejudice with respect to contemplated or existing litigation); *Keenan v. Hall,* 83 F.3d 1083, 1094 (9th Cir.1996) (noting that mail from the courts, as contrasted to mail from a prisoner's lawyer, is not protected legal mail).

Rose's remaining contentions are unpersuasive.

We deny all outstanding motions.

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.